UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DAVID CROWNOVER, | Civil No. 09-3607 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| CENTRAL PORTFOLIO CONTROL, INC., | |
| Defendant. | |

_____

James Agosto, **LEGAL HELPERS, PC**, 7300 Hudson Boulevard, Suite 255, Oakdale, MN 55128, for plaintiff.

Michael Poncin, **MOSS & BARNETT, PA**, 90 South Seventh Street, Suite 4800, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on March 4, 2010 [Docket No. 4].

**IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby **DISMISSED WITH PREJUDICE**, on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

DATED: March 12, 2010
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                           United States District Judge